UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-CR-117-D1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| DARRELL MAUPIN | |

On motion of the Defendant, Darrell Maupin, and for good cause shown, it is hereby ORDERED that the [DE 280] be sealed until further notice by this Court.

IT IS SO ORDER.

This  11  day of  October 2020.

JAMES C. DEVER III
United States District Judge